

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2021

No. 04-18-00022-CR

Travis Leslie **NORTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3975
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Upon consideration of Norton's post-conviction application for writ of habeas corpus, the Texas Court of Criminal Appeals found this court did not have the benefit of the complete record when it issued its opinion holding Norton failed to preserve his sole issue on appeal. *See Norton v. State*, No. 04-18-00022-CR, 2019 WL 572830 (Tex. App.—San Antonio Feb. 13, 2019, no pet.) (mem. op., not designated for publication). The Court of Criminal Appeals granted Norton an out-of-time appeal on the merits of his appellate issue that "the trial court erred in failing to suppress the physical evidence obtained pursuant to a warrantless search of his person in violation of the Fourth Amendment." *Ex parte Norton*, No. WR-92,415-01, 2021 WL 1202422 (Tex. Crim. App. Mar. 31, 2021) (per curiam).

Accordingly, we WITHDRAW our opinion and judgment issued on February 13, 2019, and ABATE this appeal to the trial court for a hearing to determine whether Norton (1) desires to prosecute his out-of-time appeal, and (2) is indigent and entitled to appointment of appellate counsel, or, if not indigent, has retained or intends to retain appellate counsel. The trial court may, in its discretion, receive evidence on the two questions by sworn affidavit from appellant. The trial court shall, however, order appellant's counsel, if any, to be present at the hearing.

We ORDER the trial court to file its written findings of fact and conclusions of law with the trial court clerk ***no later than thirty (30) days*** from the date of this order. We further ORDER the trial court clerk to file a supplemental clerk's record in this court ***no later than ten (10) days*** after the trial court files its findings of facts and conclusions of law, and the court reporter to file a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, ***no later than twenty (20) days*** after the date of the hearing.

All appellate deadlines are ABATED pending further orders from this court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court